UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HANOVER INS. CO, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 4:08CV20 RWS |
| | ) |
| TRAVELERS INDEMNITY CO. | ) |
| OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

After careful consideration,

**IT IS HEREBY ORDERED** that the joint motion to stay litigation [#8] is granted, and this case is stayed pending further order of this Court.

**IT IS FURTHER ORDERED** that any motion to lift the stay shall include the following information:

    (a)    the facts and procedural history, including any significant occurrences in the bankruptcy proceedings;

    (b)    the issues remaining for determination by this Court;

    (c)    the potential for settlement, and the status of any settlement discussions;

    (d)    whether a Rule 16 scheduling conference is requested;

    (e)    the status of discovery;

(f) whether significant pretrial motion practice, including the filing of potentially dispositive motions, is anticipated;

(g) the date by which it is reasonably likely that the case would be ready to proceed to trial; and

(h) the estimated length of trial.

**IT IS FURTHER ORDERED** that the Rule 16 conference set for May 22, 2008 is cancelled.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE


Dated this 19th day of May, 2008.